# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0733.  ANTAVIOUS PARKS v. THE STATE.**

A jury convicted Antavious Parks of armed robbery, and he was sentenced as a recidivist to life imprisonment. We affirmed his conviction on appeal. *Parks v. State*, 257 Ga. App. 25 (570 SE2d 350) (2002). Since then, Parks has filed multiple pro se motions, including a January 2018 "Motion to Vacate Void/Illegal Sentence," in which he argued that he was incorrectly sentenced as a recidivist. The trial court denied the motion and Parks filed this appeal. We, however, lack jurisdiction.

Parks previously has raised the same void-sentence claim. See Case No. A17A1481 (dismissed June 29, 2017). As we explained in our previous dismissal order, even assuming that Parks was improperly sentenced as a recidivist, as he alleges, a trial court may sentence a defendant to life imprisonment for armed robbery regardless of whether the defendant is deemed a recidivist. See OCGA § 16-8-41 (b) (available sentences for armed robbery include "imprisonment for life"). Accordingly, Parks's sentence is not more severe than the law allows, and it is not void. See *Brown v. State*, 295 Ga. App. 66, 67-68 (670 SE2d 867) (2008).

Moreover, "[i]t is axiomatic that the same issue cannot be relitigated *ad infinitum*." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000). In light of Parks's previous appeal, we are precluded from revisiting the issue. See *Paradise v. State*, 321 Ga. App. 371, 373 (740 SE2d 238) (2013) ("Although a void sentence may be challenged at any time, this important legal principle is, nevertheless, subject to the equally well established principles of res judicata and the law-of-the-case rule once the issue has been raised and ruled upon.") (citation and punctuation omitted); *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (while a void sentence is a nullity

and may be vacated at any time, it is still subject to res judicata and law-of-the-case rule; defendant is "not entitled to multiple bites at the apple").

For the reasons stated above, Parks's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 12/06/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*